No. A–882. HOLLANDER, ADMINISTRATRIX OF THE ESTATE OF HOLLANDER v. UNIVERSITY OF ROCHESTER ET AL. Ct. App. N. Y.   Application for leave to dispense with printing the petition for writ of certiorari, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–310.   IN RE DISBARMENT OF TILYOU.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1141.]

No. D–314.   IN RE DISBARMENT OF MOLOVINSKY.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1008.]

No. D–325.   IN RE DISBARMENT OF HAMPARES.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1019.]

No. D–326.   IN RE DISBARMENT OF GALLOWAY.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1019.]

No. D–329.   IN RE DISBARMENT OF WHITE.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1020.]

No. D–338.   IN RE DISBARMENT OF COLLINS.   It is ordered that John Sellers Collins, of Glen Burnie, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–339.   IN RE DISBARMENT OF LEIBOWITZ.   It is ordered that Carl Leibowitz, of South Bend, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–340.   IN RE DISBARMENT OF LONG.   It is ordered that John D. Long III, of Union, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.